DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, Appellant, v. SUNNY-BROOK ASSOCIATES, INC., Respondent, et al., Defendants. HENRY G. WALTE-MADE, as Receiver, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 272 App. Div. 734.]

In the Matter of MORRIS ROTHMAN, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1051.]

DISTILLERS FACTORS CORPORATION v. GLENMORE DISTILLERS CO., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1051.]

RUTH LINDER v. HYMAN LINDER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1045.]

In the Matter of the Arbitration between SAMUEL SWISLOCKI and EPHRAIM SPIEWAK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See ante, p. 768.]

TEACHERS COLLEGE, Respondent, v. NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, et al., Respondents, and DONALD ELLIOTT et al., Infants, by HARRISON S. ELLIOTT, Their Guardian, et al., Interveners, Appellants.— Motion for reargument denied. The order filed on January 2, 1948, however, is resettled so as to allow costs and disbursements to the intervening defendants-appellants against Teachers College. Resettle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 11.]

ETHEL FIDANQUE v. R. FRED FIDANQUE.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See ante, p. 758.]

LITTLE CARNEGIE REALTY CORPORATION, Respondent, v. DELMONICO MOVIE-NEWS THEATRES, INC., Tenant, FIRST RUN FILMS, INC., Tenant-Appellant, et al., Undertenants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 45.]

### (January 26, 1948.)

MICHAEL GOLODETZ et al., Copartners Doing Business under the Name of M. GOLODETZ & Co., Respondents, v. JUAN J. MARCH, S. de R. L., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED JOHNS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LUTZ & SHEINKMAN, Respondent, v. MICHAEL ROTH et al., Copartners Doing Business under the Name of ASSOCIATED NOVELTIES COMPANY, Appellants.—

Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KEESE MILFORD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LOUIS BOGOPULSKY, INC., Appellant, v. EDDINGTON FABRICS CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MAX REIBEISEN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 878.]

JEAN M. SMITH, Respondent, v. EARL BROWN, Appellant.— Order, so far as appealed from, unanimously modified so as to permit the defendant to replead paragraphs 26 and 27 of his answer in mitigation of compensatory and punitive damages, and as so modified affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAVID M. DORIN, Respondent, v. EARL BROWN, Appellant.— Order, so far as appealed from, unanimously modified so as to permit defendant to replead paragraphs 26 and 27 of his answer in mitigation of compensatory and punitive damages, and as so modified affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JEAN M. SMITH, Respondent, v. EARL BROWN, Defendant and Third Party Plaintiff-Appellant. RODERICK STEPHENS, Third Party Defendant-Respondent. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAVID M. DORIN, Respondent, v. EARL BROWN, Defendant and Third Party Plaintiff-Appellant. RODERICK STEPHENS, Third Party Defendant-Respondent. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JEAN M. SMITH, Respondent, v. POWELL-SAVORY CORPORATION et al., Defendants. EARL BROWN, Third Party Plaintiff-Appellant, v. RODERICK STEPHENS, Third Party Defendant-Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

GERTY T. CORI, Respondent, v. PAUL SONNENSCHEIN, Defendant, and J. SONNENSCHEIN HOP CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ISRAEL A. BRUNSTEIN, Respondent, v. RENATO J. ALMANSI, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LIDA T. THOMAS, as Administratrix of the Estate of CHARLES N. THOMAS, Deceased, Respondent, v. LOWELL BIRRELL et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.